UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PERLA MAGENO, | ) Case No. 1:18-cv-00166 |
| | ) |
| Plaintiff, | ) Honorable Sharon Johnson Coleman |
| vs. | ) |
| | ) Magistrate Judge Michael T. Mason |
| ALDI INC., d/b/a ALDI FOODS INC., | ) |
| | ) MOTION TO RESCHEDULE |
| Defendant. | ) INITIAL STATUS CONFERENCE |
| | ) |

Plaintiff and Defendant ("the parties"), through their respective counsel, jointly move this Court to reschedule the Initial Status Conference currently set for Monday, March 12, 2018 at 10 AM CST. The parties have had significant and substantive discussions regarding settlement and believe that settlement in principal has been reached.

In lieu of filing the mandated joint status report and Rule 26 disclosures, the parties jointly request that the Court reschedule the present status conference date of March 12, 2018, for 30 days to allow the parties to finalize settlement. In the interim, should settlement be finalized as anticipated, the parties will promptly notify the Court and as for dismissal of the action pursuant to settlement.

Respectfully submitted,

*/s/ Rusty A. Payton*
Rusty A. Payton (Lead Trial Attorney)
Marc E. Dann
DANNLAW
20 N. Clark Street, Suite 3300
Chicago, IL 60602
Chicago, Illinois 60603
(312) 702-1000
(312) 702-1000 (fax)
payton@dannlaw.com
mdann@dannlaw.com
Disabilitynotices@@dannlaw.com
*Counsel of Record for Plaintiff*

*/s/ Kevin Fritz*
Seyfarth Shaw LLP (Lead Trial Attorney)
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
(312) 460-5586
312-460-7586 (fax)
KFritz@seyfarth.com
*Counsel of Record for Defendant*