**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Perla Mageno
                        Plaintiff,

v.                                      Case No.: 1:18−cv−00166
                                            Honorable Sharon Johnson Coleman

Aldi Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 12, 2018:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Case called for status hearing on 3/12/2018. No one appeared for status. Defendant's responsive pleading is due on 3/19/2018 pursuant to the waiver of service. Plaintiff filed a motion to continue the status hearing [8], but failed to file a Notice of Motion in accordance with L.R. 5.3. The motion represents that the parties are pursuing settlement. Status hearing set for 3/19/2018 at 9:00 am. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.