**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **PERLA MAGENO**, <br><br> Plaintiff; <br><br> v. <br><br> **ALDI INC.**, <br><br> Defendant. | **Case No.: 1:18-cv-00166** <br><br> Honorable Sharon Johnson Coleman |

## NOTICE OF SETTLEMENT

Plaintiff PERLA MAGENO, and Defendant ALDI INC., by and through their undersigned counsel, hereby jointly notify this Court that a settlement has been reached in the above-captioned matter. The Parties are in the process of memorializing a settlement agreement and anticipate filing a stipulation of dismissal with prejudice shortly. The Parties request all pending deadlines and Court appearances be struck.

DATED: March 16, 2018

Respectfully submitted,

PERLA MAGENO

By: *s/ Marc Edward Dann*

| | |
|---|---|
| Marc Edward Dann <br> The Dann Law Firm Co. Lpa <br> Po Box 6031040 <br> Cleveland, OH 44103 <br> notices@dannlaw.com <br> (216) 373-0539 <br><br> *Attorneys for Plaintiff* | Kevin A. Fritz, Esq. (IL 6319176) <br> SEYFARTH SHAW LLP <br> 233 S. Wacker Drive, Suite 8000 <br> Chicago, Illinois 60606 <br> kfritz@seyfarth.com <br> (312) 460-5000 <br><br> *Attorneys for Defendant* |

45255215v.1

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on March 16, 2018, he caused the foregoing **NOTICE OF SETTLEMENT** to be filed with the Clerk of the Court via the Court's electronic case filing/ecf system, which will serve a true and correct copy of the same upon the all counsel of record via electronic mail/notice of filing.

*s/ Marc Edward Dann*